*receipt # 11069738 $1.90 04/23/10*

# BRICK, BRICK AND ELMER, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

**ANTHONY W. BRICK, JR.**
**(1909–1991)**

**DANIEL EVANS BRICK**
**KENDRA S. VERGASON**
**SABRINA M. MAY**
**JOHN A. READLING**

PHONE (716) 693-2335
FAX (716) 693-4972

**THOMAS R. ELMER**
**(1945 – 2004)**

April 14, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Part 1 Courtroom, 2rd Floor
Buffalo, NY 14202-2501

Re:     Davis, Scott D./Foy-Davis, Dawn
        Case No.: 09-10438 MJK

**FILED**

**APR 2 3 2010**

BANKRUPTCY COURT
BUFFALO, N.Y.

Dear Sir or Madam:

Enclosed please find a check payable to the U.S. Bankruptcy Court in the amount of $1.90 representing the total of funds paid to creditors under $5 in the above listed case. A copy of the letter to the creditor is enclosed regarding the account and amount owed for your records.

If you should have any questions, please feel free to call. Thank you for your time and attention to this matter.

Very truly yours,

BRICK, BRICK AND ELMER, P.C.



Daniel E. Brick

DEB:tac
Enclosures

**BRICK, BRICK AND ELMER, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

—

PHONE (716) 693-2335
FAX (716) 693-4972

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY
JOHN A. READLING

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945–2004)

April 14, 2010

WS Radiology Group, Amherst
55 Spindrift Drive
Amherst, NY 14221-

Re:    DAVIS, SCOTT D.
       Case No.: 09-10438 MJK

FILED
APR 2 3 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Ladies and Gentlemen:

Enclosed please find a check in the amount of $1.90 representing approximately 5.26% of your claim in the above listed bankruptcy case.

Thank you for your consideration.

Very truly yours,

BRICK, BRICK & ELMER, P.C.

Daniel E. Brick
Trustee

DEB:tac
Enclosure